

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19cr152 DCB

MATEO RAMOS-PEREZ  8 U.S.C. § 1326(a)
a/k/a Christian Pena  18 U.S.C. § 1546(a)
a/k/a Christian Cole Pena  18 U.S.C. § 911
a/k/a Mateo Ramos-Gabriel  42 U.S.C. § 408(a)(7)(B)

**The Grand Jury charges:**

## COUNT 1

On or about August 7, 2019, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **MATEO RAMOS-PEREZ a/k/a Christian Pena a/k/a Christian Cole Pena a/k/a Mateo Ramos-Gabriel**, an alien to the United States, who previously had been deported or removed from the United States, was found in the United States without having received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply for readmission, or to reenter, into the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## COUNT 2

On or about August 31, 2015, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **MATEO RAMOS-PEREZ a/k/a Christian Pena a/k/a Christian Cole Pena a/k/a Mateo Ramos-Gabriel**, aided and abetted by others known and unknown to the Grand Jury, did knowingly possess, utter, use and attempt to

use a document prescribed by statute and regulation for evidence of authorized stay or employment in the United States, that is, a Social Security Card, which card the defendant knew to be forged, counterfeited, altered, and falsely made, and procured by means of any false claim and statement.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT 3

On or about August 31, 2015, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **MATEO RAMOS-PEREZ a/k/a Christian Pena a/k/a Christian Cole Pena a/k/a Mateo Ramos-Gabriel**, an alien in the United States, falsely and willfully represented himself to be a citizen of the United States.

All in violation of Title 18, United States Code, Section 911.

## COUNT 4

On or about August 31, 2015, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **MATEO RAMOS-PEREZ a/k/a Christian Pena a/k/a Christian Cole Pena a/k/a Mateo Ramos-Gabriel**, for the purpose of obtaining for himself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been

placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particular supporting it.

All pursuant to Title 18, United States Code, Section 982(a)(6).

D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 19th day of August, 2019.

UNITED STATES MAGISTRATE JUDGE